IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| GATX TECHNOLOGY SERVICES CORPORATION, | : : : : : | |
| *Plaintiff*, | : : | |
| v. | : : | Civil Action No. _____ |
| COMMONWEALTH CAPITAL CORP and AVON PRODUCTS, INC., | : : : : | |
| *Defendants*. | : : | |

## MOTION FOR INTERPLEADER

Plaintiff GATX Technology Services Corporation ("GATX"), by and through its undersigned attorneys, respectfully moves the Court to enter an Order allowing GATX to deposit certain funds into the Registry of the Court, discharging GATX from any further liability in connection with the transaction between Avon and Commonwealth regarding eight (8) IBM printers known as "Schedule 18", and for such other relief as the Court deems just and proper. Plaintiff also asks that the Court require that the defendants interplead and that the Court

retain jurisdiction of this action to determine the defendants' respective rights to the funds on deposit in the Registry of the Court.

Dated: Philadelphia, PA
      May 24, 2002

                              BAZELON, LESS & FELDMAN, P.C.

                              By: _____
                                  Richard L. Bazelon
                                  Noah H. Charlson
                              1515 Market Street, Suite 700
                              Philadelphia, PA 19102
                              Tel: (215) 568-1155
                              Fax: (215) 568-9319
                              *Attorneys for Plaintiff*
                              *GATX Technology Corporation*