IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GATX TECHNOLOGY SERVICES CORP.

       Plaintiff,

                                         NO. 02-C V-3225

   v.

COMMONWEALTH CAPITAL CORP.
     and
AVON PRODUCTS, NC.

       Defendants.

## STIPULATION FOR EXTENSION

AND NOW, this | day of _____ 2002, it is herewith stipulated by and between counsel for Avon Products, Inc. and coun 1 for GATX Technology Service Corporation that Avon Products, Inc. has an extension until July 24, 2002 within which to answer, plead or otherwise respond to the Complaint for interpleader and for discharge of liability and the Motion for interpleader.

This stipulation is thirty (30) days beyond the date on which such response would otherwise be due. No previous request for extension has been granted.

Bennett, Bricklin & Saltzburg, LL
1601 Market Street, 16th Floor
Philadelphia, PA 1910

                             Dated:

N a H. Charison, squire
Bazelon Less & Feldman, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102

Dated:     *6/il* –