IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GATX TECHNOLOGY SERVICES CORPORATION, *Plaintiff*, v. COMMONWEALTH CAPITAL CORP and AVON PRODUCTS, INC., *Defendants*. | Civil Action No. 02-CV-03225 |
| COMMONWEALTH CAPITAL CORP, *Plaintiff*, v. AVON PRODUCTS, INC., *Defendant and Third Party Plaintiff*, v. EL CAMINO RESOURCES, LTD. and GATX TECHNOLOGY SERVICES CORPORATION, *Third Party Defendants*. | Civil Action No. 01-CV-6915 |

**<u>MOTION TO CONSOLIDATE</u>**

Plaintiff GATX Technology Services Corporation ("GATX"), by and through its

undersigned attorneys, respectfully moves the Court to enter an Order pursuant to Fed. R. Civ. P.

42 consolidating Case No. 02-CV-3225, GATX Technology Services Corp. v. Commonwealth Capitol Corp., with Case No. 01-CV-6915, <u>Commonwealth Capital Corp. v. Avon Products, Inc.</u> for the purpose of all pretrial proceedings and for trial. The two pending actions share common questions of fact and law, and consolidation would promote judicial efficiency and economy of administration, and would lessen the inconvenience of the parties.

                                                   BAZELON, LESS & FELDMAN, P.C.

                                                   By: _____
                                                         Richard L. Bazelon
                                                         Noah H. Charlson
                                               1515 Market Street, Suite 700
                                             Philadelphia, PA 19102
                                             Tel: (215) 568-1155
                                             Fax: (215) 568-9319
                                             *Attorneys for Plaintiff*
                                             *GATX Technology Corporation*

Dated: July 1, 2002

**CERTIFICATE OF SERVICE**

I, Noah H. Charlson, hereby certify that on this 1st day of July, 2002, I caused to be served a true and correct copy of GATX Technology Services' Motion to Consolidate, Memorandum of Law in Support of GATX's Motion to Consolidate, and Proposed Order, by first class mail postage pre-paid, upon the following

Bruce Bellingham, Esquire
SPECTOR, GADON & ROSEN, P.C.
1635 Market Street
Seventh Floor
Philadelphia, PA 19102
(Counsel for Commonwealth Capital Corp.)

William Goldstein, Esquire
GROEN, LAVESON, GOLDBERG & RUBENSTONE, LLC
Four Greenwood Square
Suite 200
P.O. Box 8544
Bensalem, PA 19020
(Counsel for El Camino Resources, Ltd.)

W. Bourne Ruthrauff, Esquire
BENNETT, BRICKLIN & SALTZBURG LLP
1601 Market Street
16th Floor
Philadelphia, PA 19103-2393
(Counsel for Avon Products, Inc.)

Noah H. Charlson, Esquire

A:\Motion to Consolidate.wpd