IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH CAPITAL CORP. | : | CIVIL ACTION |
| v. | : | |
| AVON PRODUCTS, INC | : | NO. 01-6915 AND 02-3225 |

### **O R D E R**

AND NOW, this 16th day of July, 2002 , it is Ordered that a conference will be held on all pending motions on August 7, 2002 at 2:00 p.m. in chambers.

ATTEST:                    or     BY THE COURT

BY: Michael Owens
    Deputy Clerk              CLIFFORD SCOTT GREEN, Sr. J.

Civ 12 (9/83)