# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GATX TECHNOLOGY SERVICES CORPORATION, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 02-CV-3225 |
| COMMONWEALTH CAPITAL CORP. and AVON PRODUCTS, INC., | : | |
| Defendants. | : | |
| | : | |
| COMMONWEALTH CAPITAL CORP., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 01-CV-6915 |
| v. | : | |
| AVON PRODUCTS, INC., | : | |
| Defendant and Third Party Plaintiff, | : | |
| v. | : | |
| EL CAMINO RESOURCES, LTD. and GATX TECHNOLOGY SERVICES CORPORATION, | : | |
| Third Party Defendants. | : | |

**ORDER**

Presently before the Court are several pending motions.[1] They are as follows: (1) Plaintiff GATX Technology Services Corporation's ("GATX") Motion to Consolidate, Defendant Commonwealth Capital Corp.'s ("Commonwealth") Response, Defendant Avon Products, Inc.'s Response, and Third Party Defendant El Camino Resources, Ltd.'s (in Civil Action No. 01-CV-

---

[1] The presently pending motions were filed in <u>GATX Technology Services Corporation v. Commonwealth Capital Corp.</u>, et al., Civil Action No. 02-CV-3225. However, Civil Action No. 02-CV-3225 is related to <u>Commonwealth Capital Corp. v. Avon Products, Inc.</u>, et al., Civil Action No. 01-CV-6915.

6915) Response; (2) Plaintiff GATX's Motion for Interpleader and Defendant Avon's Response; and (3) Defendant Commonwealth's Motion for Summary Judgment, Plaintiff GATX's Response and Defendant Avon's Response. A conference on the pending motions was held on August 7, 2002, where counsel for all parties were present.

**AND NOW**, this _____ day of August, 2002, upon hearing all counsel involved, **IT IS HEREBY ORDERED** that:

1. Plaintiff GATX's Motion for Interpleader is **STAYED** insofar as it seeks final resolution of the rights of the parties to the interpleader fund;

2. Civil Action No. 02-CV-3225 be put in **CIVIL SUSPENSE** pending the resolution of which is dependent upon a final order in Civil Action No. 01-CV-6915;

3. Plaintiff GATX's Motion for Consolidation is **DENIED**;

4. Defendant Commonwealth's Motion for Summary Judgment is **DENIED without prejudice** to reinstatement upon Civil Action No. 02-CV-3225 being restored to active case status;

5. The parties shall complete discovery within the next **sixty (60) days**; and

6. At the end of the sixty (60) day period, the Courtroom Deputy Clerk shall schedule a status conference.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.