IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GATX TECHNOLOGIES SERVICES CORP. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| COMMONWEALTH CAPITAL CORP., ET AL. | : | NO. 02-3225 |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

**AND NOW**, this 22nd day of January, 2004 , it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is

**ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

**IT IS FURTHER ORDERED** that this case is **dismissed** with prejudice pursuant to Local Rule 41.1(b).

_____
CLIFFORD SCOTT GREEN,   S.J.

Civ 15 (8/80)